**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-61935-CV-MIDDLEBROOKS

R.R.,

      Plaintiff,

v.

G6 HOSPITALITY PROPERTY LLC,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss (DE 65). The Motion was referred to Magistrate Judge Ryon M. McCabe. (DE 73). On June 17, 2026, Judge McCabe entered a Report and Recommendation ("Report") (DE 104), recommending that the motion be denied. Defendant filed objections to the Report on June 30, 2026. (DE 109). No response to the objections has yet been filed, but I do not find a response to be necessary.

I have conducted a de novo review of the Report, the Objections and the record as a whole. While I still have concerns about the plausibility of the Amended Complaint (DE 54), I find that Judge McCabe's Report is well-reasoned, that his conclusions are correct, and that the case should proceed. Accordingly, for the reasons explained in the Report, I will deny Defendant's motion to dismiss.  Therefore, it is **ORDERED** that:

1) Defendant's Objections (DE 109) to the Report are **OVERRULED**.

2) Judge McCabe's Report (DE 104) is **ADOPTED**.

3) Defendant's Motion to Dismiss (DE 65) is **DENIED**.

    **SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of July, 2026.

          Donald M. Middlebrooks
          United States District Judge

    Copies to: Counsel of Record